THOMAS J. McCAHILL, JR., Individually and as Trustee, etc., of THOMAS J. McCAHILL, Deceased, Landlord, Appellant, v. I. C. S. GARAGE Co., INC., Tenant, Respondent.— Determination reversed and final order of the Municipal Court

*Affd., 262 N. Y. 422.

affirmed, with costs to the landlord, appellant, in this court and in the Appellate Term. (See *Levinson* v. *Shapiro,* 238 App. Div. 158; *Jahmes Co., Inc.,* v. *Propper,* Id. 326.) Present — Finch, P. J., Merrell, Townley and Glennon, JJ.